IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LAMAR McCOY                                PLAINTIFF

v.                    No. 5:13-cv-262-DPM-JJV

GREG BOLIN, Jail Administrator,
Jefferson County Jail                               DEFENDANT

ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations, № 23, and McCoy's objections and other filings, № 24, 25, 26, 27, 28, & 29. After reviewing *de novo*, the Court adopts Judge Volpe's recommended disposition as modified. FED. R. CIV. P. 72(b)(3). McCoy's petition for a writ of habeas corpus is dismissed without prejudice to avoid any preclusive effect. *Anderson v. Schultz*, 871 F.2d 762, 766 (8th Cir. 1989). All pending motions are denied as moot.

So Ordered.

                                          _____
                                          D.P. Marshall Jr.
                                          United States District Judge

1 November 2013