IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LAMAR McCOY                                            PLAINTIFF

v.                          No. 5:13-cv-262-DPM

JEFFERSON COUNTY, ARKANSAS;
STATE OF ARKANSAS;
GREG BOLIN, Jail Administrator,
Jefferson County Jail                                        DEFENDANTS

## JUDGMENT

The petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 November 2013